VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

# 5330490 COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH – OFFICE OF VITAL RECORDS

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**MEDICAL EXAMINER'S CERTIFICATE**

DATE RECORD FILED: JANUARY 24, 2025
STATE FILE NUMBER: 25-004221

1. FULL NAME OF DECEDENT: (first) SUSAN (middle) DEBORAH (last) LINDSEY-KEMPF
2. SEX: FEMALE
3. DATE OF DEATH: JANUARY 20, 2025 [X] ACTUAL
4. DATE OF BIRTH: [redacted] 1958
5. AGE: 66 Years
6. WAS DECEDENT EVER IN U.S. ARMED FORCES? NO
7. BIRTHPLACE: VIRGINIA
8. SOCIAL SECURITY NUMBER: [redacted]0796
9. STREET ADDRESS: 915 MYRICK STREET
10. CITY OR TOWN OF RESIDENCE: FREDERICKSBURG
    INSIDE CITY OR TOWN LIMITS? YES
11. COUNTY OF DECEDENT'S RESIDENCE: (blank - independent city)
12. STATE: VIRGINIA
12a. ZIP CODE: 22401
13. RACE OF DECEDENT: WHITE
14. DECEDENT OF HISPANIC ORIGIN? NON-HISPANIC
15. EDUCATION: YEARS OF COLLEGE 2
16. CITIZEN OF WHAT COUNTRY: UNITED STATES OF AMERICA
17. USUAL OR LAST OCCUPATION: RECEIVING CLERK
18. KIND OF BUSINESS OR INDUSTRY: LITTLE CREEK COMMISARY DIVISION
19. MARITAL STATUS: SEPARATED
20. NAME OF SPOUSE: DEAN KEMPF
21. FATHER: WINBURN GRIFFIN LINDSEY — 21a. GENDER: MALE
22. MOTHER: EDITH DEVERE RULL — 22a. GENDER: FEMALE
23. INFORMANT'S RELATIONSHIP: SISTER
24. FULL NAME OF INFORMANT: PATRICIA ANNE LITTLE
25. NAME OF HOSPITAL OR INSTITUTION OF DEATH: MARY WASHINGTON HOSPITAL
25a. INPATIENT
26. (blank)
27. CITY OR TOWN OF DEATH: FREDERICKSBURG
28. STREET ADDRESS OF PLACE OF DEATH: 1001 SAM PERRY BLVD.
28a. ZIP CODE: 22401
29. METHOD OF DISPOSITION: CREMATION / INCINERATION
30. PLACE OF DISPOSITION: COVENANT FUNERAL SERVICE CREMATORY
31. STREET ADDRESS: 10830 PATRIOT HIGHWAY
31a. CITY/COUNTY: FREDERICKSBURG
31b. STATE: VIRGINIA
31c. ZIP CODE: 22408
32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE: /S/ DEAN MARNELL
32a. LICENSEE'S NO.: 0502900640
33b. NAME OF FUNERAL HOME: COVENANT FUNERAL SERVICE
33. NAME OF FUNERAL DIRECTOR: DEAN MARNELL
33a. STREET ADDRESS: 10830 PATRIOT HWY FREDERICKSBRG VIRGINIA 22408
34. TIME OF DEATH: 07:14 A.M. [X] ACTUAL
35. PART I. IMMEDIATE CAUSE OF DEATH:
    (A) BLUNT FORCE TRAUMA TO HEAD
    (B) (blank)
    (C) (blank)
    (D) (blank)
PART II. (blank)
36. WAS THE MEDICAL EXAMINER CONTACTED? YES
36a. AUTOPSY? NO
36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? YES
37. DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
38. IF FEMALE: UNKNOWN IF PREGNANT WITHIN THE PAST YEAR
39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH? (blank)
40. MANNER OF DEATH: ACCIDENT
41. DATE OF INJURY: JANUARY 11, 2025
42. TIME OF INJURY: UNKNOWN
43. INJURY AT WORK? NO
44. PLACE OF INJURY: OUTDOORS NOS
45. LOCATION OF INJURY-STREET ADDRESS: (blank)

| 13. RACE | | | | | | |
|---|---|---|---|---|---|---|
| ■ WHITE | ☐ BLACK OR AFRICAN AMERICAN | ☐ FILIPINO | ☐ KOREAN | ☐ OTHER PACIFIC ISLANDER (SPECIFY) | | |
| ☐ ASIAN INDIAN | ☐ CHINESE | ☐ SAMOAN | ☐ VIETNAMESE | ☐ OTHER ASIAN (SPECIFY) | | |
| ☐ NATIVE HAWAIIAN | ☐ GUAMANIAN OR CHAMORRO | ☐ JAPANESE | ☐ UNKNOWN | ☐ OTHER (SPECIFY) | | |

**14. DECEDENT OF HISPANIC ORIGIN?**
■ NON-HISPANIC   ☐ CENTRAL OR SOUTH AMERICAN   ☐ CUBAN   ☐ MEXICAN   ☐ PUERTO RICAN   ☐ OTHER (SPECIFY) _____   ☐ UNKNOWN

**15. EDUCATION (HIGHEST GRADE COMPLETED)**
☐ ELEMENTARY/SECONDARY (0-12) ___   ☐ HIGH SCHOOL DIPLOMA   ☐ GED   ■ YEARS OF COLLEGE  2
☐ ASSOCIATE DEGREE   ☐ BACHELOR'S DEGREE   ☐ MASTER'S DEGREE   ☐ DOCTORATE/PROFESSIONAL DEGREE   ☐ UNKNOWN

| 16. CITIZEN OF WHAT COUNTRY | 17. USUAL OR LAST OCCUPATION | 18. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| UNITED STATES OF AMERICA | RECEIVING CLERK | LITTLE CREEK COMMISARY DIVISION |

**19. MARITAL STATUS**
☐ NEVER MARRIED   ☐ MARRIED   ☐ WIDOWED   ☐ DIVORCED   ■ SEPARATED   ☐ UNKNOWN

**20. IF MARRIED, SEPARATED OR WIDOWED, NAME OF SPOUSE (if divorced leave blank)**
DEAN KEMPF

| 21. FULL NAME OF DECEDENT'S FATHER OR PARENT II | 21a. GENDER | 22. FULL NAME OF DECEDENT'S MOTHER OR PARENT I | 22a. GENDER |
|---|---|---|---|
| WINBURN GRIFFIN LINDSEY | MALE | EDITH DEVERE RULL | FEMALE |

| 23. INFORMANT'S RELATIONSHIP OR SOURCE OF INFORMATION | 24. FULL NAME OF INFORMANT OR NAME OF SOURCE |
|---|---|
| SISTER | PATRICIA ANNE LITTLE |

**25. NAME OF HOSPITAL OR INSTITUTION OF DEATH (if none, so state)**
MARY WASHINGTON HOSPITAL

**25a. SELECT ONE IF DEATH OCCURRED IN HOSPITAL**
DOA ☐   OUT PAT EMER RM ☐   INPATIENT ■

**26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL**
☐ HOSPICE FACILITY   ☐ NURSING HOME   ☐ LONG TERM CARE FACILITY   ☐ DECEDENT'S HOME   ☐ CORRECTIONAL FACILITY   ☐ OTHER (SPECIFY)

| 27. CITY OR TOWN OF DEATH | 28. STREET ADDRESS OR RT. NO OF PLACE OF DEATH | 28a. ZIP CODE | 28b. COUNTY OF DEATH (if independent city, leave blank) |
|---|---|---|---|
| FREDERICKSBURG | 1001 SAM PERRY BLVD. | 22401 | |

**29. METHOD OF DISPOSITION**
☐ BURIAL   ☐ ENTOMBMENT / MAUSOLEUM   ■ CREMATION / INCINERATION   ☐ CREMATION WITH BURIAL   ☐ CREMATION WITH ENTOMBMENT / MAUSOLEUM
☐ BURIAL AT SEA   ☐ DONATION   ☐ OTHER (SPECIFY)
☐ REMOVAL FROM STATE (IF KNOWN, PLEASE ALSO CHECK FINAL METHOD OF DISPOSITION WHEN REMOVING FROM STATE, FROM OPTIONS SHOWN)

**30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY**
COVENANT FUNERAL SERVICE CREMATORY

| 31. PLACE OF DISPOSITION - STREET ADDRESS | 31a. CITY / COUNTY | 31b. STATE | 31c. ZIP CODE | 31d. COUNTRY |
|---|---|---|---|---|
| 10830 PATRIOT HIGHWAY | FREDERICKSBURG | VIRGINIA | 22408 | |

| 32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE, VSAP OR NEXT OF KIN | 32a. LICENSEE'S NO. | 32b. NAME OF FUNERAL HOME OR FACILITY |
|---|---|---|
| /S/ DEAN MARNELL | 0502900640 | COVENANT FUNERAL SERVICE |

| 33. NAME OF FUNERAL DIRECTOR / LICENSEE, VSAP OR NEXT OF KIN | 33a. STREET ADDRESS OF FUNERAL HOME / FACILITY |
|---|---|
| DEAN MARNELL | 10830 PATRIOT HWY FREDERICKSBRG VIRGINIA 22408 |

**34. TIME OF DEATH:** To the best of my knowledge, death occurred at  07:14   ■ A.M.  ☐ P.M.   ■ ACTUAL   ☐ APPROXIMATE   ☐ PRESUMED   ☐ FOUND

**35. PART I.** Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

**IMMEDIATE CAUSE OF DEATH** (Final disease or condition resulting in death)
(A) BLUNT FORCE TRAUMA TO HEAD

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST
(B) DUE TO (OR AS A CONSEQUENCE OF)
(C) DUE TO (OR AS A CONSEQUENCE OF)
(D) DUE TO (OR AS A CONSEQUENCE OF)

INTERVAL BETWEEN ONSET AND DEATH

**PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

**36. WAS THE MEDICAL EXAMINER CONTACTED?**  ■ YES  ☐ NO
**36a. AUTOPSY?**  ☐ YES  ■ NO
**36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?**  ☐ YES  ☐ NO
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?**  ☐ YES  ☐ NO  ☐ POSSIBLY  ■ UNKNOWN

**38. IF FEMALE:**
☐ PREGNANT AT TIME OF DEATH   ■ UNKNOWN IF PREGNANT WITHIN THE PAST YEAR   ☐ NOT PREGNANT, BUT PREGNANT WITHIN 42 DAYS OF DEATH
☐ NOT PREGNANT WITHIN PAST YEAR   ☐ NOT PREGNANT, BUT PREGNANT WITHIN 43 DAYS TO 1 YEAR BEFORE DEATH   ☐ NOT APPLICABLE (if decedent's age is 0-5 or 75 years)

**39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH?**  ☐ PRIMARY  ☐ CONTRIBUTING

**40. MANNER OF DEATH**
NATURAL ☐   ACCIDENT ■   SUICIDE ☐   HOMICIDE ☐   UNDETERMINED ☐   PENDING ☐

| 41. DATE OF INJURY | 42. TIME OF INJURY | 43. INJURY AT WORK? | 44. PLACE OF INJURY |
|---|---|---|---|
| JANUARY 11, 2025 | UNKNOWN ☐ A.M. ☐ P.M. | ☐ YES  ■ NO  ☐ UNKNOWN | OUTDOORS NOS |

| 45. LOCATION OF INJURY-STREET ADDRESS | 45a. CITY / COUNTY | 45b. STATE | 45c. ZIP CODE | 45d. COUNTRY |
|---|---|---|---|---|
| | FREDERICKSBURG | VIRGINIA | | |

**46. IF TRANSPORTATION INJURY, SPECIFY**  ☐ DRIVER/OPERATOR  ☐ PASSENGER  ☐ PEDESTRIAN  ☐ OTHER (SPECIFY)

**47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED**
GROUND LEVEL FALL

| 48. SIGNATURE OF MEDICAL EXAMINER | 48a. NAME OF MEDICAL EXAMINER | 48b. DATE SIGNED |
|---|---|---|
| /S/ BROOKE SPARKS | BROOKE SPARKS | JANUARY 20, 2025 |

| 49. OFFICE STREET ADDRESS | 49a. CITY | 49b. STATE | 49c. ZIP CODE |
|---|---|---|---|
| 400 E JACKSON ST | RICHMOND | VIRGINIA | 23219 |



This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED  **January 28, 2025**

Seth Austin, Director and State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 15C

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED