IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>PATRICIA LITTLE, as personal representative of the ESTATE OF SUSAN LINDSEY-KEMPF, deceased | |
| Civil Case # 1:23-cv-01405-RLY-TAB | |

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Susan Lindsey-Kempf

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Patricia Little, as personal representative of the Estate of Susan Lindsey-Kempf, deceased.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Virginia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Virginia

6. Plaintiff's/Deceased Party's current state of residence:
   Virginia

7. District Court and Division in which venue would be proper absent direct filing:
   Virginia Eastern District Court - Alexandria, VA

8. Defendants (Check Defendants against whom Complaint is made):

   [✔] Cook Incorporated

   [✔] Cook Medical LLC

   [✔] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✔] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   
   Venue: Paragraph 27
   
   Subject Matter Jurisdiction: Paragraph 23
   
   Personal Jurisdiction: Paragraphs 24 and 26

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [✔] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:

    05/21/2015

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Mary Washington Hospital

13. Implanting Physician(s):

    Munkaila Ibrahim, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [✔] Count I:    Strict Products Liability – Failure to Warn
    - [✔] Count II:   Strict Products Liability – Design Defect
    - [✔] Count III:  Negligence
    - [✔] Count IV:   Negligence Per Se

| | | |
|---|---|---|
| ✔ | Count V: | Breach of Express Warranty |
| ✔ | Count VI: | Breach of Implied Warranty |
| ✔ | Count VII: | Violations of Applicable __Virginia__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ✔ | Count X: | Survival |
| ✔ | Count XI: | Punitive Damages |
| ✔ | Other: | __see below__ (please state the facts supporting this Count in the space, immediately below) |
| ✔ | Other: | __see below__ (please state the facts supporting this Count in the space, immediately below) |

Plaintiff incorporates all claims and facts alleged in Dkt. 18900

Defendants Expressly and Impliedly warranted that the Cook IVC Filter was a permanent lifetime implant and downplayed the risks associated with migration, perforation, tilt, fracture, and other risk relied upon by the Plaintiff to her detriment.

15. Attorney for Plaintiff(s):
    Basil E. Adham, Johnson Law Group

16. Address and bar information for Attorney for Plaintiff(s):

Basil E. Adham (TX Bar No. 24081742)

Johnson Law Group, 2925 Richmond Ave., Suite 1700

Houston, Texas 77098

                                    Respectfully submitted,

                                    /s/ Basil E. Adham

Basil E. Adham  
TX Bar No 24081742  
Jessica Glitz  
TX Bar No. 24076095  
Johnson Law Group  
2925 Richmond Ave.,  
Suite 1700  
Houston, TX 77098  
Telephone: (713) 626-9336  
Facsimile: (713) 626-3394